

What became of the tires that were recovered is not disclosed by the record.

 There is no testimony that either Floyd Hayes, the alleged owner named in the indictment, or James F. Hays, who testified in the case, identified the tires which were recovered as the tires that were stolen. The evidence furnishes no description of the tires that were stolen by which it could be said that the tires that were recovered were the stolen tires. Moreover, Gilley was an accomplice witness and there is an utter absence of any corroborating testimony that the tires he said he sold and delivered to appellant were, in fact, stolen tires.

The insufficiency of the evidence to support the conviction is apparent in the particulars mentioned.

The judgment is reversed and the cause remanded.

Opinion approved by the Court.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The offense is theft of an automobile over the value of $50.00. The penalty assessed is confinement in the state penitentiary for a term of 10 years.

Appellant entered a plea of guilty to the offense charged and waived a jury upon the trial. The evidence introduced by the State fully supports the conviction.

No complaints of any matters of procedure have been brought forward by bills of exception.

The judgment is affirmed.